4

United States District Court
Southern District of Texas
ENTERED

JAN 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MICHAEL EPHRAIM PRIEST § 
 § 
 § 
v. § MISC. NO. B-00-037
 § 
CITY OF BROWNSVILLE, § 
ET AL § 

## AMENDED ORDER

As the record reflects that Petitioner Priest did not receive the Court's Order of October 31, 2000, this Court hereby ISSUES the following Amended Order to replace the October Order. Accordingly this Court's Order of October 31, 2000, is now effectively REVOKED, and the following shall apply:

1. Petitioner Michael Ephraim Priest is hereby NOTIFIED that his Petition for Redress of Grievance, filed in the above-referenced civil action, is insufficient.

2. From Petitioner's pleadings, this Court cannot tell if Petitioner is currently a prisoner.

3. "[T]he term 'prisoner' means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." *See* 28 U.S.C. § 1915(c)(h) (Supp.1997).

4. If Petitioner is a prisoner, Petitioner must "submit a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the six-month period immediately preceding the filing of [his Petition] . . . obtained from the appropriate official of each prison at which [Petitioner] is or was confined." *See* 28 U.S.C.A. § 1915(a)(2) (Supp.1997). Additionally, Petitioner must submit "a certificate of the warden or other appropriate officer of the institution in which the [P]etitioner is confined as to the amount of money or securities on deposit to the [P]etitioner's credit in any account in that institution." *See* Rule 10(B) Federal Procedural Forms, L. Ed, Habeas Corpus §§ 36:59 & 36:123.

5.   If Petitioner is not a prisoner, Petitioner need not provide any supporting affidavits at this time.

6.   However, regardless of whether Petitioner is a prisoner or not, Petitioner will not be allowed to proceed further until he amends his Petition for Redress of Grievance. Petitioner's above-referenced civil action will be dismissed by this Court unless Petitioner amends to clearly state a "claim upon which relief may be granted." *See* 28 U.S.C. 1915(e)(2) (Supp.1997).

7:   Specifically, Petitioner is to state concisely (without supporting case law) those rights which he claims the Defendants have violated. Additionally, Petitioner is to provide specific facts to support each alleged violation.

8.   Petitioner has until March 8, 2001 to comply.

DONE in Brownsville, Texas this 8th day of January, 2001.

_____
Felix Recio
United States Magistrate Judge