UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 26 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MICHAEL EPHRAIM PRIEST | § § § § | |
| v. | § | MISC. NO. B-00-037 |
| CITY OF BROWNSVILLE, ET AL | § § § § § | |

## MAGISTRATE'S REPORT AND RECOMMENDATION

This Court should dismiss Petitioner Priest's "Petition for Redress of Grievance" for want of prosecution.[1] Although Petitioner was notified that his suit would be dismissed unless he clarified his pleadings and submitted the proper forms, four months have passed and Petitioner has yet to respond.[2] Moreover, because all notices to Petitioner are repeatedly returned as "undeliverable," this Court's inability to communicate with him prevents any meaningfully consideration of his claims.[3] Accordingly, it is now recommended that this Court Dismiss Petitioner's Petition without prejudice.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court,

---

[1] See Pleading No. 1.

[2] See Pleading No.'s 3 & 4.

[3] *Id.*

provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Automobile Association,* 79 F.3d 1415 (5th Cir.1996).

DONE in Brownsville, Texas this 26th day of February, 2001.

_____
Felix Recio
United States Magistrate Judge