6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 16 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MICHAEL EPHRAIM PRIEST § | |
| § | |
| § | |
| v. § | MISC. NO. B-00-037 |
| § | |
| CITY OF BROWNSVILLE, § | |
| ET AL § | |
| § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, Petitioner Priest's Petition (Pleading No. 1) is hereby DISMISSED WITHOUT PREJUDICE.

DONE in Brownsville, Texas this 14 day of March, 2001.

Hilda Tagle
United States District Judge